UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALVARO QUEZADA,<br><br>    Plaintiff,<br><br>v.<br><br>N. McDOWELL *et al.*,<br><br>    Defendants. | No. ED CV 18-00251-VBF-MAA<br><br>**ORDER**<br>Overruling Plaintiff's Objections;<br>Adopting Report & Recommendation;<br>Denying Defendants' Motion to Dismiss<br>[Doc # 27] |

    Pursuant to 28 U.S.C. § 636(b)(1), the Court has reviewed the records in this case, the applicable law, and the well-reasoned Report and Recommendation ("R&R") of the United States Magistrate Judge. As required by Fed. R. Civ. P. 72(b)(3), the Court has engaged in de novo review of the portions of the Report and Recommendation ("R&R") to which plaintiff has specifically objected and finds no defect of law, fact, or logic in the R&R. The Court finds discussion of the objections to be unnecessary on this record. "The Magistrates Act 'merely requires the district judge to make a de novo determination of those portions of the report or specified proposed findings or recommendation to which objection is made.'" It does not require a written explanation of the reasons for rejecting objections. *See MacKenzie v. Calif. AG*, 2016 WL 5339566, *1 (C.D. Cal. Sept. 21, 2016) (citation omitted). "This is particularly true where, as here, the objections are plainly unavailing." *Smith v. Calif. Jud. Council*, 2016 WL 6069179, *2 (C.D. Cal. Oct. 17, 2016).

Accordingly, the Court will accept the Magistrate Judge's factual findings and legal conclusions and implement the R&R's recommendations.

ORDER

Plaintiff's objections **[Doc # 40] are OVERRULED.**

The Report and Recommendation **[Doc # 39] is ADOPTED.**

Defendants' Motion to Dismiss the First Amended Complaint **[Doc # 27] is DENIED.** This denial is **without prejudice** to Defendants' re-raising the issues of (1) Exhaustion of Administrative Remedies, and (2) Qualified Immunity, at a later stage in these proceedings.

The case remains open and referred to the United States Magistrate Judge.

**IT IS SO ORDERED.**

Dated:   August 12, 2019         _____
                                 HON. VALERIE BAKER FAIRBANK
                                 Senior United States District Judge